WR-54,197-02
TR. CT. No. CR 2012-431-1

54,197-02

EX PARTE

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2015

Abel Acosta, Clerk

Scott Meyer

§
§
§
§

COURT OF CRIMINAL
APPEALS OF TEXAS

NOTIFICATION TO TRIAL COURT AND COURT OF CRIMINAL APPEALS THAT PETITIONER (SCOTT MEYER) HAS FILED AN § 11.07 HABEAS CORPUS IN COUNTY COURT #5 BEXAR COUNTY TX. IN CAUSE NO. 649664 DEC. 06, 1996 ON 11·2·15

NOW COMES PETITIONER, SCOTT MEYER, NOTIFYING THE 207th DISTRICT COURT, COMAL COUNTY, TX. (TR. CT. No. CR 2012- (TR. CT. No CR 2012-431-1) AND THE COURT OF CRIMINAL APPEALS OF TX., THAT HE HAS FILED FOR HABEAS CORPUS RELIEF PURSUANT TX. C.C.P. § 11.07 MAKING COLLATERAL ATTACK IN CLASS "A" MISDEMEANOR CONVICTION FOR THEFT (ALLEGED) IN COUNTY COURT #5 BEXAR COUNTY, TX. ON DEC. 6, 1996. SAID ALLEGED CONVICTION IN COUNTY COURT #5 CAUSE NO. 649664 WAS USED BY THE 207th DISTRICT COURT. COMAL COUNTY, TX. TO ELEVATE THE DEGREE OF OFFENSE FROM A CLASS "B" MISDEMEANOR TO THAT OF A THIRD DEGREE FELONY (SHOULD BE A STATE JAIL FELONY) PURSUANT TX. PC. § 31.03(e)(4)(D). ABSENT THIS ALLEGED CONVICTION THE 207th DISTRICT COURT (COMAL COUNTY, TX.) LACKS JURISDICTION AND VOIDS CURRENT CONVICTION. SAID COLLATERAL ATTACK WAS MADE ON NOV. 2, 2015 AND RECEIVED (RETURN RECEIPT ARTICLE NUMBER 7006-0100-0004-4629-9190) ON NOV. 5, 2015

PETITIONER HUMBLY PRAYS THAT THE COURT OF CRIMINAL APPEALS ORDERS COUNTY COURT #5 BEXAR COUNTY TX. 100 DOLOROSA, SAN ANTONIO, TX. 78205 TO GIVE RESPONSE

TO SAID COLLATERAL ATTACK. THIS WAS THE SECOND HABEAS CORPUS FILED IN COUNTY COURT #5 AND PETITIONER HAS RECEIVED NO RESPONSE. THE FIRST WAS FILED JUNE 2015.

PETITIONER STATES THAT THE FOREGOING IS TRUE AND CORRECT AND ATTESTS TO THIS UNDER PENALTY OF PERJURY AND THAT THE TRIAL COURT (207th DISTRICT COURT, COMAL COUNTY, TX.) HAS RECIEVED THIS NOTIFICATION ALSO

SWORN TO
ON THIS 16 DAY OF DECEMBER 20 25

PETITIONER   SCOTT MEYER
#1863967
WAYNE SCOTT UNIT
6999 RETRIEVE RD
ANGLETON, TX. 77515